UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 09-172 (11) (MJD/SER)
CIVIL NO. 12-659 MJD

ANNIE HUYEN VU

       Petitioner,                            ORDER

v.

UNITED STATES OF AMERICA,

       Respondent.

---

Petitioner has filed Motions to Vacate, Set Aside or Correct Sentence, under Title 28, United States Code, Section 2255 [772], [776] and a Motion for Discovery, Evidentiary Hearing and Appointment of Counsel [775].

IT IS HEREBY ORDERED that the United States shall respond on or before April 23, 2012, to the Motions to Vacate Under 28 U.S.C. § 2255 and Motion for Discovery, Evidentiary Hearing and Appointment of Counsel. If Petitioner wishes to reply, the reply shall be filed by June 4, 2012

Dated: March 20, 2012                  s/Michael J. Davis
                                                  Michael J. Davis
                                                  Chief Judge
                                                  United States District Court