UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Annie Huyen Vu,

    Defendant.

ORDER
Crim. No. 09-172 (11)(MJD)

_____

This matter is before the Court on Defendant's *pro se* motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2).

Defendant seeks a sentence reduction based on Amendment 782 to the Sentencing Guidelines which lowered the drug quantity base offense levels applicable to certain drug offenses. Defendant is not eligible for a sentence reduction, however, as she was sentenced to the ten year mandatory minimum sentence required under 21 U.S.C. § 841(b)(1)(A) and Amendment 782 did not alter the applicable guideline range for cases involving a statutory minimum sentence.

IT IS HEREBY ORDERED that Defendant's Motions for Sentence Reduction [Doc. Nos. 814 and 818] are DENIED.

Date: December 9, 2015    s/ Michael J. Davis
                                        Michael J. Davis
                                        United States District Court